1    Ovidio Oviedo, Jr., No. 210311
     MARDEROSIAN, RUNYON, CERCONE,
2     LEHMAN & ARMO
     1260 Fulton Mall
3    Fresno, California 93721
     Telephone: (559) 441-7991
4    Facsimile: (559) 441-8170

5    Attorneys for: Defendants CITY OF BAKERSFIELD, CHIEF OF POLICE ERIC MATLOCK,
                 ALAN TANDY, and OFFICERS HEREDIA AND NELSON

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11    JEROME GODDARD,            )    Case Number 1:04 cv 5914 REC TAG
                             )
12       Plaintiff,                )
                             )
13            v.                  )    **STIPULATED DISMISSAL AND**
                             )    **ORDER**
14    COUNTY OF KERN; D.O. ROBERT      )
     REED; D.O. CHRISTOPHER DALTON;   )
15    D.O. FERNANDEZ; D.O. JOSHUA      )
     GAUSE; D.O. TREVINO; SGT. GERALD   )
16    COFFEE; NURSE ZABALA; SHERIFF    )
     MACK WIMBISH; CITY OF             )
17    BAKERSFIELD; B.P.D. HEREDIA,      )
     OFFICER NELSON; CHIEF OF POLICE    )
18    ERIC MATLOCK; ALAN TANDY; AND   )
     DOES 1-100,                   )
19                              )
        Defendants.           )

20

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

MARDEROSIAN,
RUNYON, CERCONE,,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

Dockets.Justia.com

1    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through

2    their respective counsel, that defendants   CITY OF BAKERSFIELD, MARTIN HEREDIA,

3    CHARLES NELSON, ERIC MATLOCK, and ALAN TANDY, be dismissed with without prejudice

4    in accordance with a waiver of costs and malicious prosecution claim in this matter.  Each side bears

5    their own costs and fees.

6    Dated:  April 21, 2005                         MARDEROSIAN, RUNYON, CERCONE,
                                                      LEHMAN & ARMO
7
                                                      /s/ OVIDIO OVIEDO, JR.
8
9    By:_____
                                                      OVIDIO OVIEDO, JR.,
10                                                     Attorney for Defendants above named

     Dated: April 21, 2005                        FAULKNER LAW OFFICES
11

12                                                    /s/ Jim Faulkner
                                                  By:_____
13                                                    JIM FAULKNER,
                                                      Attorney for Plaintiffs above named
14

15                                **ORDER**

16        The stipulation of the parties having been read and considered by the Court, and good cause

17   appearing therefor:

18        **IT IS HEREBY ORDERED** that the above entitled action be dismissed without prejudice.

19

20   Dated:  ____April 21, 2005                   /s/ ROBERT E. COYLE

21                                                JUDGE OF THE U.S. DISTRICT COURT

22

23

24

25

26

27

28

**Goddard  v. County of Kern, et al.**
United States District Court, Eastern District of California, Case No. CIV-F-04-5914 REC TAG

1

## PROOF OF SERVICE

2

I, the undersigned, declare as follows:

3

I am over the age of eighteen (18) and not a party to this action; my business address is 1260 Fulton Mall Fresno, California, 93721, which is located in the county where the mailing described below took place.

4

5

On April 21, 2005, at Fresno, California, I served a true copy of the **STIPULATED DISMISSAL AND [PROPOSED] ORDER** in a sealed envelope addressed as follows to the parties to the within action described as:

6

7

ATTORNEY                                                    PARTY

8

Kathleen Ellis Faulkner, Esq.                         Plaintiff
FAULKNER LAW OFFICES

9

1825 - 18th Street
Bakersfield, CA 93301

10

Mark L. Nations, Esq.                                   Defendant COUNTY OF KERN

11

County of Kern County Counsel Office
1115 Truxtun Avenue, Fourth Floor

12

Bakersfield, CA  93301

13

14    _X_   Placed for     I am readily familiar with the practice for collection and processing of
             Mailing:       correspondence for mailing with the United States Postal Service of the firm.

15                          The practice is to deposit correspondence with the United States Postal Service
                            the same day it is placed for mailing in the ordinary course of business.  I placed
                            the envelope(s), with postage prepaid, [__ marked Express Mail] for collection

16                          and processing for mailing following said practice.  (Code Civ. Proc., §§ 1013, et seq.)

17    __    Personally     I deposited the envelope(s), with postage prepaid, [__ marked Express Mail] with
             Mailed:        the United States Postal Service.  (Code Civ. Proc., §§ 1013, et seq.)

18

19    __    Personal       I delivered said envelope(s) by hand to the address(es) listed above.  (Code Civ.
             Service:       Proc., § 1011.)

20    __    Facsimile:     I served said document via facsimile transmission to the number(s) listed above.
                            (Code Civ. Proc., §§ 1013, et seq.)

21

22    __    State:         I declare under penalty of perjury under the laws of the State of California that
                            the foregoing is true & correct.

23    _X_   Federal:       I declare that I am employed in the office of a member of the bar of this court at
                            whose direction service was made.

24

25          Executed on April 21, 2005, at Fresno, California.

26                                         /s/ VICKIE MORA

27    _____
                                                  VICKIE MORA

28    \776.030

MARDEROSIAN,
RUNYON, CERCONE,,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

Goddard  v. County of Kern, et al.
United States District Court, Eastern District of California, Case No. CIV-F-04-5914 REC TAG

3