1  Ovidio Oviedo, Jr., No. 210311
   MARDEROSIAN, RUNYON, CERCONE,
2   LEHMAN & ARMO
   1260 Fulton Mall
3  Fresno, California 93721
   Telephone: (559) 441-7991
4  Facsimile: (559) 441-8170

5  Attorneys for: Defendants CITY OF BAKERSFIELD, CHIEF OF POLICE ERIC MATLOCK,
                 ALAN TANDY, and OFFICERS HEREDIA AND NELSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME GODDARD,<br><br>         Plaintiff,<br><br>     v.<br><br>COUNTY OF KERN; D.O. ROBERT REED; D.O. CHRISTOPHER DALTON; D.O. FERNANDEZ; D.O. JOSHUA GAUSE; D.O. TREVINO; SGT. GERALD COFFEE; NURSE ZABALA; SHERIFF MACK WIMBISH; CITY OF BAKERSFIELD; B.P.D. HEREDIA, OFFICER NELSON; CHIEF OF POLICE ERIC MATLOCK; ALAN TANDY; AND DOES 1-100,<br><br>         Defendants. | Case Number 1:04-cv-5914 REC TAG<br><br>**AMENDED STIPULATED DISMISSAL AND ORDER** |

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

MARDEROSIAN,
RUNYON, CERCONE,,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

1    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that defendants CITY OF BAKERSFIELD, MARTIN HEREDIA, CHARLES NELSON, ERIC MATLOCK, and ALAN TANDY, only, be dismissed with without prejudice in accordance with a waiver of costs and malicious prosecution claim in this matter. Each side bears their own costs and fees. This is not a dismissal of any other defendants.

Dated: April 27, 2005                    MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO

                                         /s/ OVIDIO OVIEDO, JR.
                                     By:_____
                                         OVIDIO OVIEDO, JR.,
                                         Attorney for Defendants above named

Dated: April 26, 2005                    FAULKNER LAW OFFICES

                                         /s/ Jim Faulkner
                                     By:_____
                                         JIM FAULKNER,
                                         Attorney for Plaintiffs above named

### ORDER

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that CITY OF BAKERSFIELD, MARTIN HEREDIA, CHARLES NELSON, ERIC MATLOCK, and ALAN TANDY, be dismissed with without prejudice. This is not a dismissal of any other defendants.

Dated: _____April 27, 2005          _____/s/ ROBERT E. COYLE_____
                                         JUDGE OF THE U.S. DISTRICT COURT

MARDEROSIAN,
RUNYON, CERCONE,,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

Goddard v. County of Kern, et al.
United States District Court, Eastern District of California, Case No. CIV-F-04-5914 REC TAG

2

**PROOF OF SERVICE**

I, the undersigned, declare as follows:

I am over the age of eighteen (18) and not a party to this action; my business address is 1260 Fulton Mall Fresno, California, 93721, which is located in the county where the mailing described below took place.

On April 27, 2005, at Fresno, California, I served a true copy of the **AMENDED STIPULATED DISMISSAL AND [PROPOSED] ORDER** in a sealed envelope addressed as follows to the parties to the within action described as:

| ATTORNEY | PARTY |
|---|---|
| Kathleen Ellis Faulkner, Esq.<br>FAULKNER LAW OFFICES<br>1825 - 18th Street<br>Bakersfield, CA 93301 | Plaintiff |
| Mark L. Nations, Esq.<br>County of Kern County Counsel Office<br>1115 Truxtun Avenue, Fourth Floor<br>Bakersfield, CA  93301 | Defendant COUNTY OF KERN |

_X_  Placed for Mailing: I am readily familiar with the practice for collection and processing of correspondence for mailing with the United States Postal Service of the firm. The practice is to deposit correspondence with the United States Postal Service the same day it is placed for mailing in the ordinary course of business. I placed the envelope(s), with postage prepaid, [_ marked Express Mail] for collection and processing for mailing following said practice. (Code Civ. Proc., §§ 1013, et seq.)

___  Personally Mailed: I deposited the envelope(s), with postage prepaid, [_ marked Express Mail] with the United States Postal Service. (Code Civ. Proc., §§ 1013, et seq.)

___  Personal Service: I delivered said envelope(s) by hand to the address(es) listed above. (Code Civ. Proc., § 1011.)

___  Facsimile: I served said document via facsimile transmission to the number(s) listed above. (Code Civ. Proc., §§ 1013, et seq.)

___  State: I declare under penalty of perjury under the laws of the State of California that the foregoing is true & correct.

_X_  Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on April 27, 2005, at Fresno, California.

_____
VICKIE MORA

\776.030

**Goddard v. County of Kern, et al.**
United States District Court, Eastern District of California, Case No. CIV-F-04-5914 REC TAG

MARDEROSIAN,
RUNYON, CERCONE,,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

3