1  B.C. BARMANN, SR., COUNTY COUNSEL
   COUNTY OF KERN, STATE OF CALIFORNIA
2  By Andrew C. Thomson, Deputy (Bar # 149057)
   Kern County Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, California 93301
4  Telephone: (661) 868-3800

5  Attorney for Defendants, County of Kern
   D.O. Robert Reed; D.O. Christopher
6  Dalton; D.O. Fernandez; D.O. Joshua
   Gause; D.O. Trevino; Sgt. Gerald
7  Coffee; Nurse Zabala; Sheriff Mack
   Wimbish

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME GODDARD,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF KERN; D.O. ROBERT REED; D.O. CHRISTOPHER DALTON; D.O. FERNANDEZ; D.O. JOSHUA GAUSE; D.O. TREVINO; SGT. GERALD COFFEE; NURSE ZABALA; SHERIFF MACK WIMBISH; CITY OF BAKERSFIELD; B.P.D. OFFICER HEREDIA; B.P.D. OFFICER NELSON; CHIEF OF POLICE, ERIC MATLOCK; ALAN TANDY; AND DOES 1-100,<br><br>    Defendants. | Case No. 1: 04-cv-05914-TAG<br><br>**STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER RE: DISCLOSURE OF EXPERT WITNESSES; ORDER THEREON** |

    The parties, by and through their respective attorneys of record, hereby stipulate and agree to amend the Scheduling Conference Order as follows:

    The parties are to disclose all expert witnesses, in writing, on or before August 29, 2005, and all supplemental expert witnesses, in writing, on or before September 29, 2005.

    There is good cause for the extension of time, from July 15, 2005, to August 29, 2005, as the parties have been involved in discussions regarding the resolution of this

1 matter and believe that the expenditure of funds for expert witnesses at this point in time 2 would be counterproductive.

3 Dated: July 15, 2005                                          FAULKNER LAW OFFICES

                                                                /s/ James L. Faulkner
                                                            By_____
                                                                James L. Faulkner, Esq.
                                                                Attorney for Plaintiff, Jerome Goddard

Dated: July 15, 2005                                          B.C. BARMANN, SR., COUNTY COUNSEL

                                                                /s/ Andrew C. Thomson
                                                            By_____
                                                                Andrew C. Thomson, Deputy
                                                                Attorney for Defendants, County of Kern,
                                                                D.O. Robert Reed, D.O. Christopher Dalton,
                                                                D.O. Fernandez, D.O. Joshua Gause,
                                                                D.O. Trevino, Sgt. Gerald Coffee, Nurse
                                                                Zabala and Sheriff Mack Wimbish

## ORDER

Based upon the parties' Stipulation, the Court finds that good cause exists to amend the Scheduling Conference Order dated October 13, 2004, and hereby amends it as follows:

1. The initial expert disclosure deadline is extended from July 15, 2005 to August 29, 2005; and

2. The supplemental expert disclosure deadline is extended from August 15, 2005 to September 29, 2005.

IT IS SO ORDERED.

**Dated:   July 25, 2005**                              **/s/ Theresa A. Goldner**
j6eb3d                                                                UNITED STATES MAGISTRATE JUDGE