B.C. BARMANN, SR., COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By Andrew C. Thomson, Deputy (Bar # 149057)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone:  (661) 868-3800

Attorney for Defendants, County of Kern
D.O. Robert Reed; D.O. Christopher Dalton; D.O. Fernandez; D.O. Joshua Gause; D.O. Trevino; Sgt. Gerald Coffee; Nurse Zabala; Sheriff Mack Wimbish

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME GODDARD,<br><br>   Plaintiff,<br><br>v.<br><br>COUNTY OF KERN; D.O. ROBERT REED; D.O. CHRISTOPHER DALTON; D.O. FERNANDEZ; D.O. JOSHUA GAUSE; D.O. TREVINO; SGT. GERALD COFFEE; NURSE ZABALA; SHERIFF MACK WIMBISH; CITY OF BAKERSFIELD; B.P.D. OFFICER HEREDIA; B.P.D. OFFICER NELSON; CHIEF OF POLICE, ERIC MATLOCK; ALAN TANDY; AND DOES 1-100,<br><br>   Defendants. | Case No. CIV-F-04-5914 REC TAG<br><br>**STIPULATION RE: DISMISSAL OF DEFENDANT D.O. JOSHUA GAUSE; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) as to the complaint of Plaintiff Jerome Goddard against Defendant D.O. Joshua Gause.

/ / /

/ / /

1

IT IS FURTHER STIPULATED that all parties hereby waive their costs as to plaintiff's dismissal of Defendant D.O. Joshua Gause.

Dated: July 18, 2005          FAULKNER LAW OFFICES

```
                              /s/ Kathleen Ellis Faulkner
                          By_____
                              Kathleen Ellis Faulkner, Esq.
                              Attorney for Plaintiff, Jerome Goddard
```

Dated: July 19, 2005          B.C. BARMANN, SR., COUNTY COUNSEL

```
                              /s/ Andrew C. Thomson
                          By_____
                              Andrew C. Thomson, Deputy
                              Attorney for Defendants, County of Kern,
                              D.O. Robert Reed, D.O. Christopher Dalton,
                              D.O. Fernandez, D.O. Joshua Gause,
                              D.O. Trevino, Sgt. Gerald Coffee, Nurse
                              Zabala and Sheriff Mack Wimbish
```

**ORDER**

IT IS SO ORDERED.

Dated: July 25, 2005          /s/ ROBERT E. COYLE
                              Robert E. Coyle, Judge
                              United States District Court

#04cv5914.wpd

Stipulation Re: Dismissal of Defendant D.O. Joshua Gause; [Proposed] Order