1   **B.C. BARMANN, SR., COUNTY COUNSEL**
    **COUNTY OF KERN, STATE OF CALIFORNIA**
2   **By Andrew C. Thomson, Deputy (Bar # 149057)**
    **Kern County Administrative Center**
3   **1115 Truxtun Avenue, Fourth Floor**
    **Bakersfield, California 93301**
4   **Telephone:  (661) 868-3800**

5   **Attorney for Defendants, County of Kern**
    **D.O. Robert Reed; D.O. Christopher**
6   **Dalton; D.O. Fernandez; D.O. Joshua**
    **Gause; D.O. Trevino; Sgt. Gerald**
7   **Coffee; Nurse Zabala; Sheriff Mack**
    **Wimbish**

8

9                 **UNITED STATES DISTRICT COURT**

10                **EASTERN DISTRICT OF CALIFORNIA**

11

12  JEROME GODDARD,                          **Case No. 1:04-cv-5914 TAG**

13           Plaintiff,

14       v.                                  **STIPULATION RE: DISMISSAL OF**
                                             **DEFENDANTS COUNTY OF KERN, D.O.**
15  COUNTY OF KERN; D.O. ROBERT              **ROBERT REED, D.O. CHRISTOPHER**
    REED; D.O. CHRISTOPHER                   **DALTON, D.O. FERNANDEZ, D.O.**
16  DALTON; D.O. FERNANDEZ; D.O.             **TREVINO, SGT. GERALD COFFEE,**
    JOSHUA GAUSE; D.O. TREVINO;              **NURSE ZABALA AND SHERIFF MACK**
17  SGT. GERALD COFFEE; NURSE                **WIMBISH; ORDER THEREON**
    ZABALA; SHERIFF MACK WIMBISH;
18  CITY OF BAKERSFIELD; B.P.D.
    OFFICER HEREDIA; B.P.D.
19  OFFICER NELSON; CHIEF OF
    POLICE, ERIC MATLOCK; ALAN
20  TANDY; AND DOES 1-100,

21           Defendants.

22

23       IT IS HEREBY STIPULATED, by and between the parties to this action through their

24  designated counsel, that the above-captioned action be and hereby is dismissed with

25  prejudice pursuant to FRCP 41(a)(1) as to the complaint of Plaintiff, Jerome Goddard,

26  against Defendants, County of Kern, D.O. Robert Reed, D.O. Christopher Dalton, D.O.

27  Fernandez, D.O. Trevino, Sgt. Gerald Coffee, Nurse Zabala and Sheriff Mack Wimbish

28  (collectively hereafter, "County").

                                       1

1        IT IS FURTHER STIPULATED that all parties hereby waive their costs as to

2  plaintiff's dismissal of Defendants County.

3  Dated: September 6, 2005                    FAULKNER LAW OFFICES

4
                                                  /s/ James L. Faulkner
5                                           By_____
                                              James L. Faulkner, Esq.
6                                              Kathleen Ellis Faulkner, Esq.
                                              Attorneys for Plaintiff, Jerome Goddard
7

8

9  Dated: September 8, 2005                    B.C. BARMANN, SR., COUNTY COUNSEL

10
                                                  /s/ Andrew C. Thomson
11                                          By_____
                                              Mark L. Nations, Chief Deputy
12                                            Andrew C. Thomson, Deputy
                                              Attorney for Defendants, County of Kern,
13                                            D.O. Robert Reed, D.O. Christopher Dalton,
                                              D.O. Fernandez, D.O. Trevino,
14                                            Sgt. Gerald Coffee, Nurse Zabala and
                                              Sheriff Mack Wimbish
15

16
                                    **ORDER**
17
   IT IS SO ORDERED.
18
   **Dated:   September 9, 2005**            _____/s/ Theresa A. Goldner_____
19   j6eb3d                                  UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2